**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Gainesville Division Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501
678−450−2700

| | |
|---|---|
| In Re:  **Holly Marie Hirneisen**<br>        **David John Hirneisen** | Case No.: **12−23136−reb**<br>Chapter:  **13**<br>Judge:  **Robert Brizendine** |
|          Debtor(s) | |

**<u>NOTICE OF DEFICIENCY</u>**

The following document filed on 04/12/2013 is being referred to you for review because of the following deficiency(ies):

TITLE OF DOCUMENT: Brief

Missing signature(s)

☐ Required fee of  $   not paid. Please remit via cashier's check or money order payable to Clerk, U. S. Bankruptcy
Court, or through the Payment of Fees event if you are a registered ECF participant. Checks from a debtor cannot be
accepted.

☐ Case was closed on

☐ Discrepancy in attorney information

NA

No legal opinion has been expressed or implied. This notice is for information purposes only concerning the procedural
requirements for filing documents in the United States Bankruptcy Court, Northern District of Georgia.

| | |
|---|---|
| Date: 4/15/13 | M. Regina Thomas<br>Clerk of Court |
| | By: Ashleigh Marchant − Gainesville Division<br>Deputy Clerk |

Form 431 − Notice of deficiency 01−2011

United States Bankruptcy Court
Northern District of Georgia

```
In re:                                                    Case No. 12-23136-reb
Holly Marie Hirneisen                                     Chapter 13
David John Hirneisen
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: amm              Page 1 of 2            Date Rcvd: Apr 15, 2013
                              Form ID: 431           Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2013.
```
db/jtdb     +Holly Marie Hirneisen,   David John Hirneisen,   3966 Walnut Grove Way,
              Gainesville, GA 30506-7304
aty         +Eric W. Roach,   Nancy J. Whaley, Chapter 13 Trustee,   Suite 120,   303 Peachtree Center Ave.,
              Atlanta, GA 30303-1286
aty         +Robert M Gardner, Jr,   Hicks, Massey & Gardner LLP,   53 W Candler St,   P. O. Box 721,
              Winder, GA 30680-0721
tr          +Nancy J. Whaley,   Nancy J. Whaley, 13 Trustee,   Suite 120,   303 Peachtree Center Avenue,
              Atlanta, GA 30303-1286
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2013**                  **Signature:**   _Joseph Speetjens_

```
District/off: 113E-8         User: amm            Page 2 of 2            Date Rcvd: Apr 15, 2013
                             Form ID: 431         Total Noticed: 4


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2013 at the address(es) listed below:
          Eric W. Roach    on behalf of Trustee Nancy J. Whaley njwtrustee@gmail.com
          Nancy J. Whaley   ecf@njwtrustee.com
          Patti H. Bass   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Robert M Gardner, Jr   on behalf of Joint Debtor David John Hirneisen hmgbankruptcy@yahoo.com
          Robert M Gardner, Jr   on behalf of Plaintiff Holly Marie Hirneisen hmgbankruptcy@yahoo.com
          Robert M Gardner, Jr   on behalf of Plaintiff David John Hirneisen hmgbankruptcy@yahoo.com
          Robert M Gardner, Jr   on behalf of Debtor Holly Marie Hirneisen hmgbankruptcy@yahoo.com
                                                                               TOTAL: 7
```